

## MEMORANDUM OPINION

No. 04-08-00605-CV

**ALAMO INSURANCE GROUP, INC.,**
Appellant

v.

Jesse S. **TREVIÑO** and Jesse Treviño Insurance Agency, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-12530
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:　　Karen Angelini, Justice
　　　　　　Sandee Bryan Marion, Justice
　　　　　　Phylis J. Speedlin, Justice

Delivered and Filed:　January 14, 2009

DISMISSED

　　　　Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

PER CURIAM